THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL McLEAN, Appellant.

Submitted August 24, 2009; decided August 27, 2009

Reported below, 59 AD3d 861.

Motion for assignment of counsel granted and Danielle Neroni Reilly, Esq. care of Law Offices of Danielle Neroni, P.O. Box 8446, Albany, New York 12208 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEZINE MURRAY, Appellant.

Submitted June 29, 2009; decided August 27, 2009

Reported below, 57 AD3d 921.

Motion for assignment of counsel granted and Mark Diamond, Esq., Box 287356, Yorkville Station, New York, NY 10128 assigned as counsel to the appellant on the appeal herein.